NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1165

CELANESE CHEMICALS, LTD.,

Plaintiff-Appellee,

v.

E.I. DUPONT DE NEMOURS & COMPANY
and CHANG CHUN PETROCHEMICAL CO., LTD.,

Defendants-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of International Trade in
case no. 04-00594, Judge Delissa A. Ridgway.

## O R D E R

The court considers whether a special briefing schedule is warranted.

Upon consideration thereof,

IT IS ORDERED THAT:

E.I. DuPont de Nemours & Company et al. (DuPont) should calculate the due

date for their brief in accordance with the court's rules. The United States' brief is due

within 30 days of the date of service of DuPont's brief. Celanese Chemicals, Ltd.'s brief

is due within 30 days of the date of service of the United States brief. DuPont's reply brief is due within 14 days of the date of service of Celanese's brief.

FOR THE COURT

**FEB 1 9 2009**

_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 9 2009

JAN HORBALY
CLERK

cc: Gracia M. Berg, Esq.
Alexander H. Schaefer, Esq.
Mary Jane Alves, Esq.

s17

2009-1165                                                            2